# United States District Court
## Violation Notice

| CVB Location Code |
|---|
| M10 |

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F06I005E | Wallace | 2496 |

F06I005E

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 01/31/2026 15:37 | FED 36CFR261.11E |

Place of Offense
Deer Creek / Pattee Canyon Rd.

Offense Description: Factual Basis for Charge
Dumping of any refuse or debris, trash, or litter

HAZMAT ☐

## DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Harvey | Aaron | M |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

☐ Adult  ☐ Juvenile  Sex ☐ M  ☐ F  | Race | Hair | Eyes | Height | Weight |

## VEHICLE

VIN:    CMV ☐

| Tag No. | State | Year | Make/Model / | PASS ☐ | Color |
|---|---|---|---|---|---|

| A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite). | B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite). |
|---|---|

| | $ 500.00 | Forfeiture Amount |
|---|---|---|
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 530.00 | Total Collateral Due |

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 201 E. Broadway, Missoula, Montana 59802 | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

F06I005E

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____01/31/2026_____ while exercising my duties as a law enforcement

officer in the _____ District of _____MT_____

Pursuant to 16USC 551: While patrolling Deer Creek and Pattee Canyon Road, I observed a large pile of personal belongings that appeared to have been illegally disposed of on the roadside. Among the items, I located a piece of mail from the Montana Department of Corrections addressed to Aaron HARVEY.

A records check revealed HARVEY had been arrested on 1/25/26 and was currently in custody at the Missoula County Detention Center. On 1/31/26, I went to the detention center and informed HARVEY that he would be receiving a citation for dumping his belongings.

HARVEY was issued Violation Notice No. F06I005E for violating 36 CFR 261.11(e): dumping any refuse, debris, trash, or litter brought as such from private property or from land occupied under permit, except where a container, dump, or similar facility has been provided and identified as such to receive trash generated from private lands or lands occupied under permit.

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:

_____01/31/2026_____
Date (mm/dd/yyyy)          Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:

_____
Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;        PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;        CMV = Commercial vehicle involved in incident